# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KRISTINA DORIS MAY WHITE HOLMES <br><br> Defendant. | Case No. 15CR0029-GPC <br><br> JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_  the Court has dismissed the case for unnecessary delay; or

_x_  the Court has granted the motion of the Government for dismissal, with prejudice; or

\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_  the jury has returned its verdict, finding the defendant not guilty;

_x_  of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii),(v)(II) - Transportation of Illegal Aliens for Financial Gain and Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 4/5/2016

FILED
APR 5 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

Hon. William V. Gallo
United States District Judge